**Fill in this information to identify the case:**

Debtor name  Yellow Cab Cooperative, Inc.

United States Bankruptcy Court for the:  Northern        District of California
                                                                    (State)

Case number (If known):  16-30063

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ida Christina Cruz Fua c/o Todd P. Emanuel 702 Marshall Street, Suite 400 Redwood City, CA 94063 | Todd P. Emanuel 650-369-8900 todd@teinjurylaw.com | litigation | disputed | | | $8,065,197 |
| 2 | Michael Oldenburg c/o Claude Wyle 275 Battery Street, Suite 1300 San Francisco, CA 94111 | Claude Wyle 415-474-7800 cwyle@ccwlawyers.com | litigation | disputed | | | $1,760,000 |
| 3 | Michael Patrick Moran c/o Michael Padway 235 Montgomery Street Suite 668 San Francisco, CA 94104 | Michael Padway 415-777-1511 mike@michaelpadway.com | litigation | disputed | | | $1,500,000 |
| 4 | Samuel Glasman c/o Christopher B. Dolan 1498 Market Street San Francisco, CA 94102 | Christopher B. Dolan 510-992-6935 chris@cbdlaw.com | litigation | disputed | | | $1,349,995 |
| 5 | Seema Kutty/Rupesh Ramachandran c/o Sally Morin 25 Taylor Street San Francisco, CA 94102 | Sally Morin 415-413-0033 sally@sallymorinlaw.com | litigation | disputed | | | $1,150,000 |
| 6 | Ralph Franklin Oliverio c/o Richard Pratt One Embarcadero Center Suite 2860 San Francisco, CA 94111 | Richard Pratt 415-259-4515 wpratt@bfplawyers.com | litigation | disputed | | | $861,250 |
| 7 | Tanya Renee Thienngern c/o Lawrence E. Biegel 2801 Salinas Highway, Suite A Monterey, CA 93940 | Lawrence E. Biegel 831-373-3700 larry@biegellaw.com | litigation | | | | $750,000 |
| 8 | United Taxicab Workers, Marshall Childs, David Barlow and David Schneider c/o Jonathan Siegel, Esq. 1939 Harrison Street, Suite 307 Oakland, CA 94612 | Jonathan Siegel 510-452-5000 jsiegel@sl-employmentlaw.com | litigation | contingent | | | $620,000 |

Case: 16-30063   Doc# 3   Filed: 01/22/16   Entered: 01/22/16 13:52:41   Page 1 of 3

American LegalNet, Inc.
www.FormsWorkFlow.com

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Sumi Lim (Lim-Wang) c/o Gary A. Angel 177 Post Street, Suite 890 San Francisco, CA 94108 | Gary A. Angel 415-788-5935 angelgary@aol.com | litigation | | | | $525,000 |
| 10 | Miguel Angel Martinez c/o Aimee Kirby 1438 Market Street San Francisco, CA 94102 | Aimee Kirby 510-992-6935 aimee.kirby@cbdlaw.com | litigation | disputed | | | $450,000 |
| 11 | Annie Chang c/o Mona Deldar 1999 South Bascom Avenue Suite 700 Campbell, CA 95008 | Mona Deldar 408-645-6623 mdeldar@deldarlegal.com | litigation | disputed | | | $400,000 |
| 12 | Mark Keever c/o Timothy J. Kodani 50 California Street, Suite 1500 San Francisco, CA 94111 | Timothy J. Kodani 415-951-4640 TJKodanlaw@yahoo.com | litigation | disputed | | | $350,000 |
| 13 | Alem Seged Aloula c/o Daniel Selarz 9701 Wilshire Boulevard Suite 1030 Beverly Hills, CA 90212 | Daniel Selarz 310-651-8685 dselarz@ss-firm.com | litigation | disputed | | | $300,000 |
| 14 | Valentin Isaev c/o Issa J. Michael 1648 Union Street, Suite 201 San Francisco, CA 94123 | Issa J. Michael 415-447-2833 Issa@michaellawsf.com | litigation | disputed | | | $300,000 |
| 15 | Vincent Lee c/o Scott Dunning 2000 Van Ness Avenue Suite 602 San Francisco, CA 94109 | Scott Dunning 415-956-1888 info@dunninglawfirm.com | litigation | disputed | | | $225,000 |
| 16 | North American Risk Services PO Box 166002 Altamonte Springs, FL 32716-6002 | Reynaldo Osorio 321-441-1288 Rosorio@narisk.com | trade debt | | | | $215,065 |
| 17 | AFCO Insurance Premium Finance 4501 College Boulevard, Suite 320 Leawood, KS 66211 | Rose Radford 913-327-5006 rradford@afco.com | trade debt | | | | $214,165.12 |
| 18 | Nicole Jones c/o Shaana A. Rahman 369 Pine Street, Suite 600 San Francisco, CA 94104 | Shaana A. Rahman 415-956-9245 shaana@rahmanlawsf.com | litigation | disputed | | | $200,000 |
| 19 | Fabio Rezende c/o Michael Raifsnider 109 Geary St, 4th Floor San Francisco, CA 94108 | Michael Raifsnider 415-398-9001 miraifsnider@yahoo.com | litigation | disputed | | | $179,107 |
| 20 | York Risk Services Group PO Box 1700 Rancho Cucamonga, CA 91729 | Ruby Hansen 909-942-4883 ruby.hansen@yorkrsg.com | professional service | | | | $132,206.73 |

Case: 16-30063   Doc# 3   Filed: 01/22/16   Entered: 01/22/16 13:52:41   Page 2 of 3

American LegalNet, Inc.
www.FormsWorkFlow.com

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21  Nicholas Fulwiler c/o Kaiser U. Khan 1388 Sutter Street, Suite 910 San Francisco, CA 94109 | Kaiser U. Khan 415-346-9600 kaiserkhan@lawyer.com | litigation | disputed | | | $100,000 |
| 22  Wilfredo Albarracin c/o Benjamin Drake 15456 Ventura Blvd, Suite 304 Sherman Oaks, CA 91403 | Benjamin Drake 888-315-5721 benjamin@drakelawgroup.com | litigation | disputed | | | $100,000 |
| 23  Laurie Kaufman c/o Arthur Chambers 601 Van Ness Avenue Suite 2056 San Francisco, CA 94102 | Arthur Chambers 415-775-2144 legalspec@calbar.ca.gov | litigation | | | | $90,000 |
| 24  Evan Scott Riley c/o Brian L. Larsen 530 Jackson Street, 2nd Floor San Francisco, CA 94133 | Brian L. Larsen 415-398-5000 blarsen5000@gmail.com | litigation | disputed | | | $75,000 |
| 25  Catherine Ann Kinney c/o Lawrence A. Strick 503 D Street, Suite 2 San Rafael, CA 94901 | Lawrence A. Strick 415-721-1200 lstricklaw.com | litigation | disputed | | | $75,000 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

32416\5235146.3

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3

Case: 16-30063   Doc# 3   Filed: 01/22/16   Entered: 01/22/16 13:52:41   Page 3 of 3


American LegalNet, Inc.
www.FormsWorkFlow.com