1  Gary M. Kaplan (State Bar No. 155530)
   gkaplan@fbm.com
2  Farella Braun + Martel LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA  94104
   Telephone:  (415) 954-4400
4  Facsimile:  (415) 954-4480

5  Proposed Attorneys for Debtor in Possession
   YELLOW CAB COOPERATIVE, INC.

6

7

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  In re                                        Case No.  16-30063

13  YELLOW CAB COOPERATIVE, INC.,[1]             Chapter 11

14            Debtor.                            [NO HEARING REQUIRED] _____

15

16              **CORPORATE OWNERSHIP STATEMENT**
             **FEDERAL RULE BANKRUPTCY PROCEDURE 7007.1**

17
            Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, and to enable
18
    the Court to evaluate possible disqualification or recusal, the undersigned counsel for Yellow Cab
19
    Cooperative, Inc., the debtor in possession (the "Debtor") in the above-captioned Chapter 11 case,
20
    certifies that there is no corporation that directly or indirectly own 10% or more of any class of
21
    the Debtor's equity interests.
22
    Dated: January  22, 2016              FARELLA BRAUN + MARTEL LLP
23

24  32416\5253725.1                       By:_____/s Gary M. Kaplan_____
                                                      Gary M. Kaplan
25                                        Proposed Attorneys for Debtor in Possession
                                          YELLOW CAB COOPERATIVE, INC.
26

27  ───────────────────
    [1] The last four digits of the Debtor's tax identification number are 7102.  The location of the Debtor's headquarters
28  and service address is 1200 Mississippi Street, San Francisco, CA 94107.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

DEBTOR'S APPLICATION TO APPROVE
RESPONSIBLE INDIVIDUAL DESIGNAT.