**Entered on Docket
July 19, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

LEADER-PICONE & YOUNG, LLP
MALCOLM LEADER-PICONE (State Bar
1970 BROADWAY, SUITE 1030
OAKLAND, CA 94612
TELEPHONE: 510-444-2404
FACSIMILE: 510-444-1291
EMAIL: mlp@leader-picone.co

**CHANGES MADE BY COURT**

Signed and Filed: July 19, 2016

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

Attorneys for Claimant
JARED HAWKLEY

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 16-30063 |
| YELLOW CAB COOPERATIVE, INC. | Chapter 11 |
| Debtor, | **ORDER GRANTING MOTION FOR LEAVE TO FILE LATE CLAIM.** |
| Tax I.D. No.:XX-XXX-7102 | Date: July 22, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Dennis Montali<br>450 Golden Gate Avenue<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

## ORDER

The motion of claimant Jared Hawkley for an order permitting the filing of his claim against the debtor after the bar date, pursuant to Bankruptcy Rule 3003(c)(3), was scheduled for hearing on July 22, 2016 at 10:00 a.m., in Courtroom 17 of the above-referenced court. No opposition to the motion having been filed, and the debtor having filed a statement of non-opposition, the Court for good cause grants the motion without hearing.

**\*\*\*END OF ORDER\*\*\***

# SERVICE LIST

[Parties served as ECF Registered Participants pursuant to Bankruptcy Local Rule 9022-1(a)]