Signed and Filed: November 8, 2016



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  John D. Fiero (CA Bar No. 136557)
   Jason H. Rosell (CA Bar No. 269126)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, CA 94111
   Telephone:   (415) 263-7000
4  Facsimile:   (415) 263-7010
   E-mail:      jfiero@pszjlaw.com
5               jrosell@pszjlaw.com

6  Attorneys for The Official
   Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 16-30063 (DM) |
| YELLOW CAB COOPERATIVE, INC., | Chapter 11 |
| Debtor. | **ORDER RE PRODUCTION OF DOCUMENTS PREVIOUSLY WITHHELD FROM THE CREDITORS COMMITTEE** |
| | Date: November 8, 2016<br>Time: 8:30 a.m. (Pacific Time)<br>Judge: Honorable Dennis Montali |

**THIS MATTER** came before the Court upon consideration of the two privilege logs submitted in response to Official Committee of Unsecured Creditors' (the "Committee") informal discovery requests propounded to Citywide Taxi and its affiliates (collectively, "Citywide"). Based upon the Court's review of the privilege logs and the arguments of counsel at two hearings, and good cause appearing therefor:

**IT IS HEREBY ORDERED**:

1. Because any attorney-client privilege has been waived, Citywide shall promptly produce to the Committee all material withheld from its original production due to such material having been described on the logs.

2. No attorney-client communications to or from the office of Macdonald Fernandez LLP shall be produced to the Committee.

3. Documents identified in the TPC privilege log shall be maintained by the Committee on a confidential, "Attorneys' Eyes Only" basis absent further Order of this Court. The Committee shall only use the previously-withheld communications in connection with its representation of creditors in this bankruptcy case, and for no other purpose.

4. In the event the Committee deems it necessary to file any previously-withheld communications with the Court, the Committee shall employ the sealing procedures contained in the Court's Local Rules.

**\*\*END OF ORDER\*\***

**APPROVED AS TO FORM:**

FINESTONE HAYES LLP

By: */s/ Stephen Finestone*
     Stephen Finestone

Attorney for CITYWIDE TAXI and affiliates

MACCONAGHY & BARNIER LLP

By: */s/ John MacConaghy*
     John MacConaghy

Attorneys for TAXI PROPERTY COMPANY LLC

FARELLA BRAUN + MARTEL LLP

By: */s/ Gary M. Kaplan*
     Gary M. Kaplan

Attorneys for Debtor in Possession
YELLOW CAB COOPERATIVE, INC.

MACDONALD FERNANDEZ LLP

By: */s/ Iain Macdonald*
     Iain Macdonald

Attorney for certain CLAWBACK DEFENDANTS