Signed and Filed: November 15, 2016

_____
THOMAS E. CARLSON U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                      )
                                           ) Bankruptcy Case
YELLOW CAB COOPERATIVE, INC.,              ) No. 16-30063 DM
aka All Taxi Electronics,                  )
                                           )
                           Debtor.         ) Chapter 11
_____)

ORDER AUTHORIZING CREDITORS COMMITTEE TO ASSUME CONTROL OVER MARKETING OF ESTATE ASSETS PENDING APPOINTMENT OF CHAPTER 11 TRUSTEE

It is hereby ordered that:

(1) The Debtor shall no longer bear any responsibility for the sale and marketing of the Debtor's assets.

(2) Pending the appointment of a chapter 11 trustee, the committee of creditors shall bear responsibility for the sale and marketing of the Debtor's assets.

(3) Upon the appointment of a chapter 11 trustee, the trustee shall assume full authority for and control over the sale and marketing of the Debtor's assets.

**END OF ORDER**