Entered on Docket
November 15, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: November 15, 2016

_____
THOMAS E. CARLSON, U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                   )
                                        ) Bankruptcy Case
YELLOW CAB COOPERATIVE, INC.,           ) No. 16-30063 DM
aka All Taxi Electronics,               )
                                        ) Chapter 11
                                        )
                                        )
                    Debtor.             )
_____)

ORDER FOR APPOINTMENT OF CHAPTER 11 TRUSTEE

    Upon due consideration, and for the reasons stated on the record at the November 15, 2016 hearing, the United States Trustee is hereby ordered to appoint a chapter 11 trustee in the above-entitled case.

**END OF ORDER**