**Entered on Docket
November 22, 2016**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: November 22, 2016


_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

DONNA S. TAMANAHA (WI# 1013199)
Assistant United States Trustee
LYNETTE C. KELLY (SBN #120799)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Ave, Rm 05-0153
San Francisco, CA 94102
Telephone: (415) 252-2265
Facsimile: (415) 705-3367
Email: lynette.c.kelly@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re

**YELLOW CAB COOPERATIVE, INC.**

Debtor.

Case No. 16-30063 DM

Chapter 11

## ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon the application of the United States Trustee for Region 17, and it appearing that Randy Sugarman, a disinterested person as set forth in 11 U.S.C. § 101(14), has been selected as a chapter 11 trustee in this case by the United States Trustee, and after due deliberation and sufficient cause appearing,

IT IS HEREBY ORDERED that Randy Sugarman selection of to serve as chapter 11 trustee in this case is APPROVED under 11 U.S.C. § 1104; and

IT IS FURTHER ORDERED that Randy Sugarman the chapter 11 trustee shall have all the powers of a trustee under 11 U.S.C. § 1106(a).

****END OF ORDER****

| | |
|---|---|
| 1 | <u>COURT SERVICE LIST</u> |
| 2 | |
| 3 | Yellow Cab Cooperative, Inc. |
| 4 | c/o Pamela Martinez<br>1200 Mississippi St. |
| 5 | San Francisco, CA 94107 |