MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery St., Suite 2100
San Francisco, CA 94104
Telephone: (415) 512-8600
Facsimile: (415) 512-8601
Email: randy.michelson@michelsonlawgroup.com

Proposed Attorneys for Chapter 11 Trustee
Randy Sugarman

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

YELLOW CAB COOPERATIVE, INC.,
aka All Taxi Electronics,

Debtor.

Case No. 16-30063 DM

Chapter 11

**DECLARATION OF RANDY MICHELSON IN SUPPORT OF APPLICATION TO EMPLOY MICHELSON LAW GROUP AS COUNSEL FOR CHAPTER 11 TRUSTEE**

I, Randy Michelson, declare the following:

1. I am an attorney at law licensed to practice before the courts of the State of California and this Court. I have personal knowledge of the facts set forth in this declaration, except the facts that are stated upon information and belief, and as to those facts I believe them to be true. If called to testify, I could and would competently testify thereto.

2. Michelson Law Group (the "Firm") does not have any connection with the creditors or any other party in interest in this matter, or their respective attorneys or accountants, or the United States Trustee, or any person employed in the office of the United States Trustee, and represents no interest adverse to the estate in the matters upon which it is to be retained. In order to make this determination, I caused a review of the parties in interest in the case to be performed. The review consisted of checking the names of creditors in the firm's conflicts. No

DECLARATION OF RANDY MICHELSON IN SUPPORT OF APPLICATION TO EMPLOY MICHELSON LAW GROUP AS COUNSEL FOR CHAPTER 11 TRUSTEE

Case: 16-30063   Doc# 426   Filed: 12/02/16   Entered: 12/02/16 15:03:05   Page 1 of 2

conflicts were identified. If any conflicts are subsequently discovered, the Firm promptly will amend and supplement its disclosures.

3. As a general rule, the Firm's billing practices and rates are identical for bankruptcy and non-bankruptcy matters. The Firm proposes to charge the Trustee at or below its standard billing rates. Randy Michelson's current rate is $600 per hour. The Firm will bill at its customary rates for others, including independent contractors. The current rates of others who are expected to provide professional services range from $300 to $550. The Firm's rates change from time to time, but generally not more than once per year. If the Firm's hourly rates change, then services provided after the date of the change will be charged at the rates in effect at the time the services are performed.

4. The Firm will comply with the Bankruptcy Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees. The Firm charges its clients 20 cents per page for photocopying. The Firm does not charge for incoming fax charges. The Firm charges for incurred expenses such as, but not limited to, filing fees, expert consultations and witnesses, investigative services, deposition transcripts, travel, lodging, meals, long distance telephone calls, outgoing facsimile transmission, messenger services, postage, and in-house support services such as photocopying and computerized research.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at San Francisco, California on December 1, 2016.

*/ s / Randy Michelson*
Randy Michelson
