MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: 415.512.8600
Facsimile: 415.512.8601
Email: randy.michelson@michelsonlawgroup.com

Attorneys for Chapter 11 Trustee
Randy Sugarman

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 16-30063 DM |
|---|---|
| YELLOW CAB COOPERATIVE, INC., aka All Taxi Electronics, | Chapter 11 |
| Debtor. | **PROOF OF SERVICE** |

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at 220 Montgomery Street, Suite 2100, San Francisco, California 94104. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day delivery, and they are deposited that same day in the ordinary course of business.

On December 22, 2016, I served the:

**MONTHLY OPERATING REPORT**

☐ (BY FAX) on _____ , at _____ _____ m, by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date. The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and the transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

PROOF OF SERVICE

| 1 | ☒ | (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California, in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business. |

2

3

4

5

| 6 | ☐ | (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy of the document(s) listed above to be delivered by in sealed envelope(s) with all fees prepaid at the address(es) set forth below. |

7

| 8 | ☐ | (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below. |

9

| 10 | ☐ | (VIA EMAIL) by transmitting a true and correct copy via email the document(s) listed above on this date before 5:00 p.m. PST to the person(s) at the email address(es) set forth below. |

11

| 12 | ☐ | (VIA LEXISNEXIS) by causing a true and correct copy of the document(s) listed above to be sent via electronic transmission through LexisNexis File & Serve to the person(s) at the address(es) set forth below. |

13

14

**SEE ATTACHED SERVICE LIST**

15

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 22, 2016 at San Francisco, California.

16

17

18

19

                                                       */ s / Randy Michelson*

20
                                                          Randy Michelson

21

22

23

24

25

26

27

28

<u>**SERVICE LIST**</u>

| | |
|---|---|
| Attorneys for Debtor:<br>Gary M. Kaplan<br>Farella Braun and Martel LLP<br>235 Montgomery Street<br>San Francisco, CA 94104<br>Email: gkaplan@fbm.com | U.S. Trustee:<br>Lynette C. Kelly<br>Office of the United States Trustee<br>1301 Clay Street, Suite 690N<br>Oakland, California 94612-5231<br>Email: Lynette.C.Kelly@usdoj.gov |
| Attorneys for The Official Committee of Unsecured Creditors:<br>John D. Fiero<br>John William Lucas<br>Jason Rosell<br>Pachulski, Stang, Ziehl and Jones<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4500<br>Email: jfiero@pszjlaw.com<br>      jlucas@pszjlaw.com<br>      jrosell@pszjlaw.com | U.S. Trustee:<br>Donna S. Tamanaha<br>Office of the U.S. Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave., 5th fl., #05-0153<br>San Francisco, CA 94102<br>Email: Donna.S.Tamanaha@usdoj.gov |
| Internal Revenue Service:<br>Centralized Insolvency Operation<br>P.O. Box 7436<br>Philadelphia, PA 19101-7346 | Internal Revenue Service:<br>Attn: Insolvency – 1400S<br>1301 Clay Street<br>Oakland, CA 94612-5217 |
| California Franchise Tax Board:<br>P.O. Box 942840<br>Sacramento, CA 94240-0040 | |

**REQUEST FOR NOTICE:**

| | |
|---|---|
| Attorneys for Creditor First Republic Bank:<br>Edward J. Tredinnick<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embarcadero Center, Suite 4000<br>San Francisco, CA 94111-4106<br>Email: etredinnick@greeneradovsky.com | Attorneys for Creditor Tire Sales and Leasing Company, Inc.:<br>Kathryn S. Diemer<br>Dominique A. Sopko<br>Diemer, Whitman & Cardosi, LLP<br>75 E. Santa Clara Street, # 290<br>San Jose, CA 95113<br>Email: dsopko@diemerwhitman.com |

| | | |
|---|---|---|
| 1 | Attorneys for AmTrust North America, Inc.: | Attorneys for Creditor Ida Cristina Cruz Fua: |
| 2 | Alan C. Hochheiser<br>Buckley King LPA | Todd P. Emanuel<br>Emanuel Law Group |
| 3 | 1400 Fifth Third Center<br>600 Superior Avenue East | 702 Marshall Street, Suite 400<br>Redwood City, CA 94063 |
| 4 | Cleveland, OH 44114-2652<br>Email: Hochheiser@buckleyking.com | Email: todd@teinjurylaw.com |
| 5 | | |
| 6 | Attorneys for Creditor Ida Cristina Cruz Fua:<br>David J. Cook | Interested Party:<br>John Vos |
| 7 | Cook Collection Attorneys, PC<br>165 Fell Street | 1430 Lincoln Avenue<br>San Rafael, CA 94901 |
| 8 | San Francisco, CA 94102-5106<br>Email: Cook@SqueezeBloodFromTumip.com | Email: voslaw@aol.com |
| 9 | | |
| 10 | Attorneys for Brent Fiol & Pratt, LLP:<br>Ralph Oliverio | Attorneys for Plaintiffs United Taxicab<br>Workers, Marshall Childs, David Barlow and |
| 11 | Jennifer C. Hayes<br>Dentons US LLP | David Schneider, on behalf of themselves<br>and all others similarly situated: |
| 12 | One Market Plaza, Spear Tower, 24th Floor<br>San Francisco, CA 94105-1101 | Jonathan H. Siegel<br>Benjamin Siegel |
| 13 | E-mail: jennifer.hayes@dentons.com | Siegel Lewitter Malkani |
| 14 | | 1939 Harrison Street, Suite 307<br>Oakland, CA 94612 |
| 15 | | Email: jsiegel@sl-employmentlaw.com<br>        bsiegel@sl-employmentlaw.com |
| 16 | | |
| 17 | Attorneys for First National Bank of Northern CA:<br>Dennis D. Miller | Attorneys for Creditor SF Industrial, LLC:<br>A. Kenneth Hennesay, Jr. |
| 18 | Lubin Olson & Niewiadomski LLP<br>600 Montgomery Street, 14th Floor | Allen Matkins Leck Gamble Mallory &<br>Natsis LLP |
| 19 | San Francisco, CA 94111<br>Email: dmiller@lubinolson.com | 1900 Main Street, Fifth Floor<br>Irvine, California 92614-7321 |
| 20 | | E-Mail: khennesay@allenmatkins.com |
| 21 | Attorney for Interested Party Vincent Lee: | Attorneys for Tanya Renee Thienngern by |
| 22 | Scott Jordan<br>Dunning Law Firm | and through her Guardian Ad Litem, Debra<br>Thienngern: |
| 23 | 2000 Van Ness Avenue, Suite 602<br>San Francisco, CA 94109 | Richard A. Luftman<br>Nielsen & Rogers LLP |
| 24 | Email: sjordan@dunninglawfirm.com | 21700 Oxnard Street, 7th Floor<br>Woodland Hills CA 91367 |
| 25 | | E-mail: ral@nielsenlegal.com |
| 26 | | |
| 27 | | |
| 28 | | |

PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | Attorneys for Tanya Renee Thienngern by and through her Guardian Ad Litem, Debra Thienngern: | Attorneys for Tanya Renee Thienngern by and through her Guardian Ad Litem, Debra Thienngern: |
| 2 | | |
| 3 | Annabelle Wilson<br>A.R. Wilson & Associates | Lawrence E. Biegel<br>Joseph A. Cisneros |
| 4 | P.O. Box 90157<br>Pasadena, CA 91107 | The Biegel Law Firm<br>2801 Monterey-Salinas Highway, Suite A |
| 5 | E-mail: mail@arwilson.net | Monterey, CA 93940<br>E-mail: larry@biegellaw.com |
| 6 | | |
| 7 | Attorneys for Tanya Renee Thienngern by and through her Guardian Ad Litem, Debra | Attorneys for Taxi Property Company, LLC:<br>John H. MacConaghy |
| 8 | Thienngern:<br>Peter J. Koenig | MacConaghy & Barnier, PLC<br>645 First St. West, Suite D |
| 9 | Walker Hamilton & Koenig LLP | Sonoma, CA 95476 |
| 10 | 50 Francisco Street. Suite 460<br>San Francisco CA 94133 | Email: macclaw@macbarlaw.com |
| 11 | E-mail: peter@whk-law.com | |
| 12 | Attorneys for Tanya Renee Thienngern by and through her Guardian Ad Litem, Debra | Attorneys for Creditors GJ Anderson Group, Inc. and Yellow Card Services, Inc.: |
| 13 | Thienngern: | Bennett G. Young |
| 14 | James M. Lauderdale<br>Lauderdale Law Offices | Jeffer Mangels Butler & Mitchell LLP<br>Two Embarcadero Center, 5th Floor |
| 15 | 150 Carmelito Avenue<br>Monterey, CA 93940 | San Francisco, CA 94111-3824<br>Email: byoung@jmbm.com |
| 16 | E-mail: jim@lauderdalelaw.com | |
| 17 | Attorneys for Creditor Ruth Ying Chen, | Attorneys for Ad Hoc Member-Drivers' |
| 18 | Individually and as Administrator of the Estate of Maria Chun Tao Pan; May Pan; John Pan and | Committee:<br>Iain A. Macdonald |
| 19 | James Linko Pan:<br>Law Offices of Yuji Mitani | Macdonald | Fernandez LLP<br>221 Sansome Street, Third Floor |
| 20 | 1610 Post Street, #204<br>San Francisco, CA 94115 | San Francisco, CA 94104-2323<br>Email: imac@macfern.com |
| 21 | Email: ymlaw@earthlink.net | |
| 22 | | |
| 23 | Attorneys for Ford Motor Credit Company:<br>Austin P. Nagel | Attorneys for Transdev Services, Inc.:<br>Frank T. Pepler |
| 24 | Law Offices of Austin P. Nagel<br>111 Deerwood Road, Suite 305 | Nelson Lam<br>DLA Piper LLP |
| 25 | San Ramon, CA 94583<br>Email: melissa@apnagellaw.com | 555 Mission Street, Suite 2400<br>San Francisco, CA 94105 |
| 26 | | Email: frank.pepler@dlapiper.com<br>        nelson.lam@dlapiper.com |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Attorneys for Automotive Industries Trust Fund, Automotive Industries Welfare Trust Fund, Automotive Industries Apprenticeship Training Trust Fund: <br> Anne M. Bevington <br> Saltzman & Johnson Law Corporation <br> 44 Montgomery Street, Suite 2110 <br> San Francisco, CA 94104 <br> Email: abevington@sjlawcorp.com | Attorneys for Nathan Dwiri, James Gillespie, Pamela Martinez and Philip Welch: <br> William Webb Farrer <br> Law Offices of William Webb Farrer <br> P.O. Box 1409 <br> San Anselmo, CA 94979 <br> Email: wwfarrer@farrerlaw.org |
| | Attorneys for Interested Party Vincent Lee: <br> Scott Jordan <br> Dunning Law Firm <br> 2000 Van Ness Avenue, Suite 602 <br> San Francisco, CA 94109 <br> Email: sjordan@dunninglawfirm.com | Creditor Southern Counties Oil Company <br> Robert W. Bollar, Corporate Secretary <br> 1800 W. Katella Avenue, Ste. 400 <br> Orange, CA 92867 |
| | Christine R. Etheridge <br> Bankruptcy Administration <br> GE Capital Information Technology Solutions <br> fdba IKON Financial Services <br> 1738 Bass Road <br> P.O. Box 13708 <br> Macon, GA 31208-3708 | Bankruptcy Administration <br> GE Capital Information Technology Solutions <br> c/o A Ricoh USA Program <br> 1738 Bass Road <br> P.O. Box 13708 <br> Macon, GA 31208-3708 |
| | Attorneys for Jared Hawkley: <br> Malcolm Leader-Picone <br> Leader-Picone & Young, LLP <br> 1970 Broadway, Suite 1030 <br> Oakland, CA 94612 <br> Email: mlp@leader-picone.com | Attorneys for Interested Party Big Dog City Corporation: <br> Stephen D. Finestone <br> Finestone Hayes LLP <br> 456 Montgomery Street, 20th Floor <br> San Francisco, CA 94104 <br> Email: sfinestone@fhlawllp.com |
| | Attorneys for Movants Patrick Reyes and Maria Baligod: <br> Jacob Harker <br> Law Offices of Jacob Harker <br> 582 Market Street, Suite 1007 <br> San Francisco, CA 94104 <br> Email: jacob@harkercounsel.com | Attorneys for Movants Patrock Reyes and Maria Baligod: <br> Charles E. Hill III <br> Law Offices of Charles Hill III <br> 582 Market Street, Suite 1007 <br> San Francisco, CA 94104 |

| | | |
|---|---|---|
| 1 | Attorneys for Nathan Grover: | Attorneys for Movant Albert Pope: |
| 2 | Gregory A. Rougeau<br>Brunetti Rougeau LLP | Cheryl C. Rouse<br>Norman P. Bahlert |
| 3 | 400 Montgomery Street, Suite 1000<br>San Francisco, CA 94111 | Law Offices of Rouse & Bahlert<br>345 Franklin Street |
| 4 | Email: grougeau@brlawsf.com | San Francisco, CA 94102<br>Email: blaw@ix.netcom.com |
| 5 | | |
| 6 | Attorneys for Interested Party Nathan Dwiri:<br>Allan B. Diamond | |
| 7 | Christopher D. Sullivan<br>Karen K. Diep | |
| 8 | Diamond McCarthy, LLP<br>140 California Street, Suite 2200 | |
| 9 | San Francisco, CA 94111 | |
| 10 | Email: adiamond@diamondmccarthy.com<br>         csullivan@diamondmccarthy.com | |
| 11 |          kdiep@diamondmccarthy.com | |

PROOF OF SERVICE