Form OCP

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Yellow Cab Cooperative, Inc.<br>aka All Taxi Electronics<br>Debtor(s) | Case No.: 16–30063 DM 11<br>Chapter: 11 |
|---|---|---|

## NOTICE OF ORDER CONFIRMING PLAN

**Notice is hereby given** of the entry of an order of this court on 05/24/2018 confirming the plan of reorganization filed by the debtor(s) on April 19, 2018 .

Dated: 5/24/18

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court