# ATTACHMENT
# (2 OF 3)



# FIRST REPUBLIC BANK
It's a privilege to serve you®

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

YELLOW CAB COOPERATIVE INC
HRA ACCOUNT
DEBTOR IN POSSESSION (RANDY SUGARMAN)
55 NEW MONTGOMERY ST STE 208
CHAPTER 11 TRUSTEE OF YELLOW CAB CO-OP)
SAN FRANCISCO CA 94105

**Account Number**
~~300-0049~~-8569
**Statement Period**
07/01/18 To 07/31/18

Member
**FDIC**

## SIMPLIFIED BUSINESS CHECKING     300-0049-8569

### Account Summary

| | |
|---|---|
| Beginning Balance | $4,439.44 |
| Total Deposits | $0.00 |
| Total Withdrawals and Debits | $0.00 |
| Total Checks Paid | $0.00 |
| Ending Balance | $4,439.44 |

| | |
|---|---|
| Average Daily Balance | $4,439.44 |
| Minimum Balance | $4,439.44 |
| Service Charges | $0.00+ |
| Interest Earned This Statement Period | $0.00 |



# FIRST REPUBLIC BANK
It's a privilege to serve you®

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

YELLOW CAB COOPERATIVE INC
WC ACCOUNT
DEBTOR IN POSSESSION (RANDY SUGARMAN)
55 NEW MONTGOMERY ST STE 208
CHAPTER 11 TRUSTEE OF YELLOW CAB CO-OP)
SAN FRANCISCO CA 94105

**Account Number**
~~XXXXXXX~~-8809
**Statement Period**
07/01/18 To 07/31/18

**Member**
**FDIC**

## SIMPLIFIED BUSINESS CHECKING     ~~XXX-XXXX~~-8809

### Account Summary

| | |
|---|---|
| Beginning Balance | $1,000.00 |
| Total Deposits | $0.00 |
| Total Withdrawals and Debits | $0.00 |
| Total Checks Paid | $0.00 |
| Ending Balance | $1,000.00 |

| | |
|---|---|
| Average Daily Balance | $1,000.00 |
| Minimum Balance | $1,000.00 |
| Service Charges | $0.00+ |
| Interest Earned This Statement Period | $0.00 |

**FIRST REPUBLIC BANK**

*It's a privilege to serve you®*

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

CHARIOTS OF HIRE
INSURANCE COMPANY CAYMAN
1200 MISSISSIPPI
SAN FRANCISCO CA 94107

Member
**FDIC**

**Account Number**
███████ 6966
**Statement Period**
07/01/18 To 07/31/18

## BUSINESS ANALYZED CHECKING

800-0000-6966

### Account Summary

| | |
|---|---|
| Beginning Balance | $0.00 |
| Total Deposits | $0.00 |
| Total Withdrawals and Debits | $0.00 |
| Total Checks Paid | $0.00 |
| Ending Balance | $0.00 |

| | |
|---|---|
| Average Daily Balance | $0.00 |
| Service Charges | $0.00+ |
| Interest Earned This Statement Period | $0.00 |



# FIRST REPUBLIC BANK
*It's a privilege to serve you®*

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

YELLOW CAB COOPERATIVE INC
(NEW PRE-PAID CARD ACCOUNT)
DEBTOR IN POSSESSION (RANDY SUGARMAN)
55 NEW MONTGOMERY ST STE 208
CHAPTER 11 TRUSTEE OF YELLOW CAB CO-OP)
SAN FRANCISCO CA 94105

**Account Number**
████████-2017
**Statement Period**
07/01/18 To 07/31/18

Member
**FDIC**

## SIMPLIFIED BUSINESS CHECKING

████████-2017

### Account Summary

| | |
|---|---|
| Beginning Balance | $0.00 |
| Total Deposits | $0.00 |
| Total Withdrawals and Debits | $0.00 |
| Total Checks Paid | $0.00 |
| Ending Balance | $0.00 |

| | |
|---|---|
| Average Daily Balance | $0.00 |
| Service Charges | $0.00+ |
| Interest Earned This Statement Period | $0.00 |



# FIRST REPUBLIC BANK
*It's a privilege to serve you®*

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

Member
**FDIC**

YELLOW CAB COOPERATIVE INC
DEBTOR IN POSSESSION (RANDY SUGARMAN
CHAPTER 11 TRUSTEE OF YELLOW CAB CO-OP)
55 NEW MONTGOMERY ST
STE 208
SAN FRANCISCO CA 94105

**Account Number**
XXXX-6304
**Statement Period**
07/01/18 To 07/31/18

## SIMPLIFIED BUSINESS CHECKING          XXXX-6304

### Account Summary

| | |
|---|---|
| Beginning Balance | $67,727.61 |
| Total Deposits | $4,390.49 |
| Total Withdrawals and Debits | $48,076.30 |
| Total Checks Paid | $12,477.12 |
| Ending Balance | $11,564.68 |

| | |
|---|---|
| Average Daily Balance | $48,809.07 |
| Minimum Balance | $11,564.68 |
| Service Charges | $1,019.67- |
| Interest Earned This Statement Period | $0.00 |

### Account Activity

| Date | Description | Amount |
|---|---|---|
| | **Deposits and Credits** | |
| | DEPOSIT - BRANCH | $209.34 |
| 07/11 | | |
| 07/18 | ACH CREDIT | |
| | 36 TREAS 310/MISC PAY ID#9424471023600012 | $2,080.00 |
| 07/20 | ACH CREDIT | |
| | 36 TREAS 310/MISC PAY ID#9424471023600012 | $2,101.15 |
| | **Total Deposits and Credits** | $4,390.49 |
| | **Withdrawals and Debits** | |

| Date | Description | Amount |
|---|---|---|
| 07/03 | ACH DEBIT 6720 YELLOW CA/TRANSFER ID#6720 | $207.66- |
| 07/03 | ACH DEBIT 6720 YELLOW CA/TRANSFER ID#6720 | $387.22- |
| 07/03 | ACH DEBIT 6720 YELLOW CA/TRANSFER ID#6720 | $866.45- |
| 07/10 | ACH DEBIT 6720 YELLOW CA/TRANSFER ID#6720 | $42.66- |
| 07/10 | ACH DEBIT 6720 YELLOW CA/TRANSFER ID#6720 | $387.21- |
| 07/10 | ACH DEBIT 6720 YELLOW CA/TRANSFER ID#6720 | $866.46- |
| 07/16 | ANALYSIS CHARGE | $1,019.67- |
| 07/17 | ACH DEBIT 6720 YELLOW CA/TRANSFER ID#6720 | $60.83- |
| 07/17 | ACH DEBIT 6720 YELLOW CA/TRANSFER ID#6720 | $866.45- |
| 07/17 | ACH DEBIT 6720 YELLOW CA/TRANSFER ID#6720 | $3,371.69- |
| 07/25 | DOMESTIC WIRE FUNDS-DEBIT YELLOW CAB COOPERATIVE INC | $40,000.00- |
| | Total Withdrawals and Debits | $48,076.30 |

## Checks Paid

| Number | | Date | * Gap in check sequence Amount |
|---|---|---|---|
| 13358 | | 07/05 | $3,264.00- |
| 13359 | | 07/09 | $64.80- |
| 13360 | | 07/06 | $64.24- |
| 13362 | * | 07/09 | $2,384.88- |
| 13363 | | 07/05 | $392.53- |
| 13364 | | 07/13 | $400.00- |
| 13365 | | 07/19 | $1,110.10- |
| 13366 | | 07/16 | $458.95- |
| 13367 | | 07/11 | $91.09- |

| | | |
|---|---|---|
| 13368 | 07/26 | $875.57- |
| 13369 | 07/26 | $875.57- |
| 13370 | 07/26 | $875.57- |
| 13371 | 07/26 | $875.57- |
| 13372 | 07/26 | $744.25- |



Member
**FDIC**

# FIRST REPUBLIC BANK
### It's a privilege to serve you®



101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

YELLOW CAB COOPERATIVE
MERCHANT CARD DEPOSIT ACCOUNT
DEBTOR IN POSSESSION (RANDY SUGARMAN)
55 NEW MONTGOMERY ST STE 208
CHAPTER 11 TRUSTEE OF YELLOW CAB CO-OP)
SAN FRANCISCO CA 94105

**Account Number**
~~xxxxxxx~~2-6293
**Statement Period**
07/01/18 To 07/31/18

## SIMPLIFIED BUSINESS CHECKING

~~xxxxxxx~~2-6293

### Account Summary

| | | |
|---|---|---|
| Beginning Balance | $0.00 | |
| Total Deposits | $0.00 | |
| Total Withdrawals and Debits | $0.00 | |
| Total Checks Paid | $0.00 | |
| Ending Balance | $0.00 | |

| | |
|---|---|
| Average Daily Balance | $0.00 |
| Service Charges | $0.00+ |
| Interest Earned This Statement Period | $0.00 |

# ACCOUNT STATEMENT



FIRST REPUBLIC BANK
It's a privilege to serve you ®

## SIMPLIFIED BUSINESS CHECKING

**Statement Period:**
**August 01, 2018 -**
**August 31, 2018**

YELLOW CAB COOPERATIVE INC
(DEBTOR IN POSSESSION RANDY SUGARMAN
CHAPTER 11 TRUSTEE OF YELLOW CAB CO-OP)
55 NEW MONTGOMERY ST
STE 208
SAN FRANCISCO, CA 94105

000000-
00498-003

**Account Number:**
XXX-XXX9-6304

**At Your Service:**
**24-Hour Automated Banking System**
**(800) 392-1407**

## NEWS FROM FIRST REPUBLIC

Looking to refinance your student loans and put your savings to work? Achieve your next milestone faster with our Eagle Gold All-in-One student loan refinancing program. We currently offer among the lowest fixed rates in the industry, with terms ranging from 5 to 15 years.

Know someone with student loan debt? We're offering all First Republic clients a referral bonus of $300 for each loan that is approved and funded. Your friend will receive $200 as well. Terms and conditions apply. Visit firstrepublic.com/student-loan-refinancing for more information or ask your banker about Eagle Gold All-In-One today.

## ACCOUNT SUMMARY

| | |
|---|---|
| Beginning Balance | $11,564.68 |
| Total Deposits and Credits | $15,380.29 |
| Total Withdrawals and Debits | $1,142.22- |
| Total Checks Paid | $15,310.73- |
| **Ending Balance** | **$10,492.02** |

## XXX-XXX9-6304

| | |
|---|---|
| Average Daily Balance | $10,022.80 |
| Minimum Balance | $2,550.11 |
| Service Charges | $1,073.22- |
| Interest Earned This Period | $0.00 |
| Interest Year to Date | $0.00 |

## CHECKS PAID          * Gap in check sequence

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|
| 13373 | 08/02 | $875.57 | 13378 | 08/20 | $269.78 |
| 13374 | 08/08 | $4,875.00 | 13379 | 08/20 | $490.40 |
| 13375 | 08/03 | $3,264.00 | 13380 | 08/31 | $139.98 |
| 13376 | 08/22 | $392.53 | 13381 | 08/31 | $11.90 |
| 13377 | 08/20 | $225.00 | 13382 | 08/30 | $4,766.57 |



000000

111 PINE STREET, SAN FRANCISCO, CALIFORNIA 94111, TEL (415) 392-1400 OR 1-800-392-1400
24 HOUR AUTOMATED BANKING SYSTEM 1-800-392-1407
www.firstrepublic.com · MEMBER FDIC

FRB 308 · 5/10

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 10 of 38

# ACCOUNT STATEMENT



## SIMPLIFIED BUSINESS CHECKING

YELLOW CAB COOPERATIVE INC
(DEBTOR IN POSSESSION RANDY SUGARMAN
CHAPTER 11 TRUSTEE OF YELLOW CAB CO-OP)

## ACCOUNT ACTIVITY

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Deposits and Credits** | |
| 08/10 | DEPOSIT - BRANCH | $5,093.05 |
| 08/20 | DEPOSIT-WIRED FUNDS | $10,000.00 |
| | YELLOW CAB COOPERATIVE INC DEBTOR | |
| 08/23 | DEPOSIT - BRANCH | $287.24 |
| | *Total Deposits and Credits* | **$15,380.29** |
| | **Withdrawals and Debits** | |
| 08/15 | ANALYSIS CHARGE | $1,073.22- |
| 08/20 | ACH DEBIT | $69.00- |
| | 6720   YELLOW CA/TRANSFER ID#6720 | |
| | *Total Withdrawals and Debits* | $1,142.22- |



111 PINE STREET, SAN FRANCISCO, CALIFORNIA 94111, TEL (415) 392-1400 OR 1-800-392-1400
24 HOUR AUTOMATED BANKING SYSTEM 1-800-392-1407
www.firstrepublic.com · MEMBER FDIC

FRB 308 - 5/10



**FIRST REPUBLIC BANK**
It's a privilege to serve you ®

## Your Check Images
**Front**                                                    **Back**

Check # 13373  Date 8/2/2018  Amount $875.57

Check # 13374  Date 8/8/2018  Amount $4,875.00

Check # 13375  Date 8/3/2018  Amount $3,264.00

Check # 13376  Date 8/22/2018  Amount $392.53

Check # 13377  Date 8/20/2018  Amount $225.00

111 PINE STREET, SAN FRANCISCO, CALIFORNIA 94111, TEL (415) 392-1400 OR 1-800-392-1400
24 HOUR AUTOMATED BANKING SYSTEM 1-800-392-1407
www.firstrepublic.com · MEMBER FDIC

FRB 308 - 5/10

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 12 of 38


## Your Check Images-Continued

**Front**                                          **Back**





Check # 13378  Date  8/20/2018  Amount $269.78




Check # 13379  Date  8/20/2018  Amount $490.40




Check # 13380  Date  8/31/2018  Amount $139.98




Check # 13381  Date  8/31/2018  Amount $11.90

Check # 13382  Date  8/30/2018  Amount $4,766.57

111 PINE STREET, SAN FRANCISCO, CALIFORNIA 94111, TEL (415) 392-1400 OR 1-800-392-1400
24 HOUR AUTOMATED BANKING SYSTEM 1-800-392-1407
www.firstrepublic.com · MEMBER FDIC

FRB 308 - 5/10

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 13 of 38





Member
**FDIC**

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

YELLOW CAB COOPERATIVE INC
(HRA ACCOUNT)
(DEBTOR IN POSSESSION RANDY SUGARMAN)
55 NEW MONTGOMERY ST STE 208
CHAPTER 11 TRUSTEE OF YELLOW CAB CO-OP)
SAN FRANCISCO CA 94105

**Account Number**
~~800-0049~~-8569
**Statement Period**
08/01/18 To 08/31/18

## SIMPLIFIED BUSINESS CHECKING       ~~800-0049~~-8569

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance | $4,439.44 | Average Daily Balance | $4,439.44 |
| Total Deposits | $0.00 | Minimum Balance | $4,439.44 |
| Total Withdrawals and Debits | $0.00 | Service Charges | $0.00+ |
| Total Checks Paid | $0.00 | Interest Earned This Statement Period | $0.00 |
| Ending Balance | $4,439.44 | | |

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 14
of 38

 

# FIRST REPUBLIC BANK
### It's a privilege to serve you®

**Member FDIC**

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

YELLOW CAB COOPERATIVE INC
(WC ACCOUNT)
(DEBTOR IN POSSESSION RANDY SUGARMAN)
55 NEW MONTGOMERY ST STE 208
CHAPTER 11 TRUSTEE OF YELLOW CAB CO-OP)
SAN FRANCISCO CA 94105

**Account Number**
~~800-0049~~-8809

**Statement Period**
08/01/18 To 08/31/18

## SIMPLIFIED BUSINESS CHECKING      ~~800-0049~~-8809

### Account Summary

| | | | |
|---|---:|---|---:|
| Beginning Balance | $1,000.00 | Average Daily Balance | $1,000.00 |
| Total Deposits | $0.00 | Minimum Balance | $1,000.00 |
| Total Withdrawals and Debits | $0.00 | Service Charges | $0.00+ |
| Total Checks Paid | $0.00 | Interest Earned This Statement Period | $0.00 |
| Ending Balance | $1,000.00 | | |

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 15 of 38

 FIRST REPUBLIC BANK
It's a privilege to serve you®

 Member
FDIC

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

CHARIOTS OF HIRE
INSURANCE COMPANY CAYMAN
1200 MISSISSIPPI
SAN FRANCISCO CA 94107

**Account Number**
~~800-0003~~-6966
**Statement Period**
08/01/18 To 08/31/18

**BUSINESS ANALYZED
CHECKING**                    ~~800-0003~~-6966

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Average Daily Balance | $0.00 |
| Total Deposits | $0.00 | Service Charges | $0.00+ |
| Total Withdrawals and Debits | $0.00 | Interest Earned This Statement Period | $0.00 |
| Total Checks Paid | $0.00 | | |
| Ending Balance | $0.00 | | |

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 16
of 38

 

# FIRST REPUBLIC BANK
### It's a privilege to serve you®

**Member FDIC**

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

YELLOW CAB COOPERATIVE INC
(NEW PRE-PAID CARD ACCOUNT)
(DEBTOR IN POSSESSION RANDY SUGARMAN)
55 NEW MONTGOMERY ST STE 208
CHAPTER 11 TRUSTEE OF YELLOW CAB CO-OP)
SAN FRANCISCO CA 94105

**Account Number**
800-****9-2017
**Statement Period**
08/01/18 To 08/31/18

## SIMPLIFIED BUSINESS CHECKING      800-****9-2017

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Average Daily Balance | $0.00 |
| Total Deposits | $0.00 | Service Charges | $0.00+ |
| Total Withdrawals and Debits | $0.00 | Interest Earned This Statement Period | $0.00 |
| Total Checks Paid | $0.00 | | |
| Ending Balance | $0.00 | | |

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 17 of 38

 **FIRST REPUBLIC BANK**
It's a privilege to serve you®

 Member **FDIC**

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

YELLOW CAB COOPERATIVE INC
(MERCHANT CARD DEPOSIT ACCOUNT)
(DEBTOR IN POSSESSION RANDY SUGARMAN)
55 NEW MONTGOMERY ST STE 208
CHAPTER 11 TRUSTEE OF YELLOW CAB CO-OP)
SAN FRANCISCO CA 94105

**Account Number**
-6293
**Statement Period**
08/01/18 To 08/31/18

### SIMPLIFIED BUSINESS CHECKING

9~~41-0002~~-6293

#### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Average Daily Balance | $0.00 |
| Total Deposits | $0.00 | Service Charges | $0.00+ |
| Total Withdrawals and Debits | $0.00 | Interest Earned This Statement Period | $0.00 |
| Total Checks Paid | $0.00 | | |
| Ending Balance | $0.00 | | |

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 18 of 38

# ACCOUNT STATEMENT



**FIRST REPUBLIC BANK**
It's a privilege to serve you ®

# SIMPLIFIED BUSINESS CHECKING

**Statement Period:**
**September 01, 2018 -**
**September 30, 2018**

YELLOW CAB COOPERATIVE INC
(DEBTOR IN POSSESSION RANDY SUGARMAN
CHAPTER 11 TRUSTEE OF YELLOW CAB CO-OP)
55 NEW MONTGOMERY ST
STE 208
SAN FRANCISCO, CA 94105

000000-
00052-002

**Account Number:**
**XXX-XXX9-6304**

**At Your Service:**
**24-Hour Automated Banking System**
**(800) 392-1407**

## NEWS FROM FIRST REPUBLIC

Looking to refinance your student loans and put your savings to work? Achieve your next milestone faster with our Eagle Gold All-in-One student loan refinancing program. We currently offer among the lowest fixed rates in the industry, with terms ranging from 5 to 15 years.

Know someone with student loan debt? We're offering all First Republic clients a referral bonus of $300 for each loan that is approved and funded. Your friend will receive $200 as well. Terms and conditions apply. Visit firstrepublic.com/student-loan-refinancing for more information or ask your banker about Eagle Gold All-In-One today.

## ACCOUNT SUMMARY

| | | XXX-XXX9-6304 | |
|---|---|---|---|
| Beginning Balance | $10,492.02 | Average Daily Balance | $73,933.19 |
| Total Deposits and Credits | $666,000.00 | Minimum Balance | $4,545.66 |
| Total Withdrawals and Debits | $1,226.27 | Service Charges | $1,226.27 |
| Total Checks Paid | $4,877.63- | Interest Earned This Period | $0.00 |
| Ending Balance | $672,840.66 | Interest Year to Date | $0.00 |

## CHECKS PAID          * Gap in check sequence

| NUMBER | DATE | AMOUNT | NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|
| 13383 | 09/07 | $3,264.00 | 13386 | 09/10 | $392.53 |
| 13384 | 09/05 | $34.40 | 13387 | 09/14 | $225.00 |
| 13385 | 09/12 | $961.70 | | | |

## ACCOUNT ACTIVITY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Deposits and Credits** | |
| 09/25 | CREDIT - MISCELLANEOUS 07/16/18 | $765.00 |
| 09/25 | CREDIT - MISCELLANEOUS 08/15/18 | $765.00 |
| 09/25 | CREDIT - MISCELLANEOUS 09/17/18 | $765.00 |



000000

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 19 of 38

# ACCOUNT STATEMENT

## FIRST REPUBLIC BANK
It's a privilege to serve you ®

## SIMPLIFIED BUSINESS CHECKING

**Statement Period:**
**September 01, 2018 -**
**September 30, 2018**

**Account Number:**
**XXX-XXX9-6304**

YELLOW CAB COOPERATIVE INC
(DEBTOR IN POSSESSION RANDY SUGARMAN
CHAPTER 11 TRUSTEE OF YELLOW CAB CO-OP)

## ACCOUNT ACTIVITY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Deposits and Credits (continued)** | |
| 09/27 | DEPOSIT-WIRED FUNDS<br>YELLOW CAB COOPERATIVE INC | $16,000.00 |
| 09/28 | DEPOSIT - BRANCH | $650,000.00 |
| | *Total Deposits and Credits* | $666,000.00 |
| | **Withdrawals and Debits** | |
| 09/17 | ANALYSIS CHARGE | $1,068.73- |
| | *Total Withdrawals and Debits* | $1,226.27 |



Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 20
of 38

## Your Check Images

**Front**                                           **Back**

 

Check # 13383  Date 9/7/2018  Amount $3,264.00

 

Check # 13384  Date 9/5/2018  Amount $34.40

 

Check # 13385  Date 9/12/2018  Amount $961.70

 

Check # 13386  Date 9/10/2018  Amount $392.53

 

Check # 13387  Date 9/14/2018  Amount $225.00

Case: 16-30063   Doc# 825-2   Filed: 10/31/18   Entered: 10/31/18 06:17:36   Page 21 of 38

 FIRST REPUBLIC BANK
It's a privilege to serve you®

 Member
FDIC

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

YELLOW CAB COOPERATIVE INC
(MERCHANT CARD DEPOSIT ACCOUNT)
(DEBTOR IN POSSESSION RANDY SUGARMAN)
55 NEW MONTGOMERY ST STE 208
CHAPTER 11 TRUSTEE OF YELLOW CAB CO-OP)
SAN FRANCISCO CA 94105

**Account Number**
~~~~ 6293
**Statement Period**
09/01/18 To 09/30/18

**SIMPLIFIED BUSINESS CHECKING**                     ~~~~0002~~-6293

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Average Daily Balance | $0.00 |
| Total Deposits | $0.00 | Service Charges | $0.00+ |
| Total Withdrawals and Debits | $0.00 | Interest Earned This Statement Period | $0.00 |
| Total Checks Paid | $0.00 | | |
| Ending Balance | $0.00 | | |

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 22
of 38

 

# First Republic Bank
It's a privilege to serve you*

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

YELLOW CAB COOPERATIVE INC
(NEW PRE-PAID CARD ACCOUNT)
(DEBTOR IN POSSESSION RANDY SUGARMAN)
55 NEW MONTGOMERY ST STE 208
CHAPTER 11 TRUSTEE OF YELLOW CAB CO-OP)
SAN FRANCISCO CA 94105

**Account Number**
~~800-0149~~-2017
**Statement Period**
09/01/18 To 09/30/18

## SIMPLIFIED BUSINESS CHECKING

~~800-0149~~-2017

## Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Average Daily Balance | $0.00 |
| Total Deposits | $0.00 | Service Charges | $0.00+ |
| Total Withdrawals and Debits | $0.00 | Interest Earned This Statement Period | $0.00 |
| Total Checks Paid | $0.00 | | |
| Ending Balance | $0.00 | | |

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 23 of 38

 FIRST REPUBLIC BANK
It's a privilege to serve you*

 Member
FDIC

101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

CHARIOTS OF HIRE
INSURANCE COMPANY CAYMAN
1200 MISSISSIPPI
SAN FRANCISCO CA 94107

**Account Number**
€800-0063-6966
**Statement Period**
09/01/18 To 09/30/18

## BUSINESS ANALYZED CHECKING
800-0063-6966

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance | $0.00 | Average Daily Balance | $0.00 |
| Total Deposits | $0.00 | Service Charges | $0.00+ |
| Total Withdrawals and Debits | $0.00 | Interest Earned This Statement Period | $0.00 |
| Total Checks Paid | $0.00 | | |
| Ending Balance | $0.00 | | |

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 24
of 38

# ACCOUNT STATEMENT



**FIRST REPUBLIC BANK**
It's a privilege to serve you ®

## SIMPLIFIED BUSINESS CHECKING

**Statement Period:**
September 01, 2018 -
September 30, 2018

000000 -
00260-001

YELLOW CAB COOPERATIVE INC
(WC ACCOUNT)
(DEBTOR IN POSSESSION RANDY SUGARMAN)
55 NEW MONTGOMERY ST STE 208
CHAPTER 11 TRUSTEE OF YELLOW CAB CO-OP)
SAN FRANCISCO, CA 94105

**Account Number:**
XXX-XXX9-8809

**At Your Service:**
24-Hour Automated Banking System
**(800) 392-1407**

Page 1 of 2

## NEWS FROM FIRST REPUBLIC

Looking to refinance your student loans and put your savings to work? Achieve your next milestone faster with our Eagle Gold All-In-One student loan refinancing program. We currently offer among the lowest fixed rates in the industry, with terms ranging from 5 to 15 years.

Know someone with student loan debt? We're offering all First Republic clients a referral bonus of $300 for each loan that is approved and funded. Your friend will receive $200 as well. Terms and conditions apply. Visit firstrepublic.com/student-loan-refinancing for more information or ask your banker about Eagle Gold All-In-One today.

## ACCOUNT SUMMARY — XXX-XXX9-8809

| | | | |
|---|---|---|---|
| Beginning Balance | $1,000.00 | Average Daily Balance | $1,000.00 |
| Total Deposits and Credits | $0.00 | Minimum Balance | $1,000.00 |
| Total Withdrawals and Debits | $0.00 | Service Charges | $0.00 |
| Total Checks Paid | $0.00 | Interest Earned This Period | $0.00 |
| Ending Balance | $1,000.00 | Interest Year to Date | $0.00 |



000000

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 25 of 38

https://www.internet-estatements.com/cowww/DocumentServer/V...





101 Pine Street
San Francisco, CA. 94111
(800) 392-1400

YELLOW CAB COOPERATIVE INC
(HRA ACCOUNT)
(DEBTOR IN POSSESSION RANDY SUGARMAN)
55 NEW MONTGOMERY ST STE 208
CHAPTER 11 TRUSTEE OF YELLOW CAB CO-OP)
SAN FRANCISCO CA 94105

**Account Number**
~~XXX-XXXX-~~8569
**Statement Period**
09/01/18 To 09/30/18

## SIMPLIFIED BUSINESS CHECKING                ~~XXX-XXXX~~-8569

### Account Summary

| | | | |
|---|---|---|---|
| Beginning Balance | $4,439.44 | Average Daily Balance | $4,439.44 |
| Total Deposits | $0.00 | Minimum Balance | $4,439.44 |
| Total Withdrawals and Debits | $0.00 | Service Charges | $0.00+ |
| Total Checks Paid | $0.00 | Interest Earned This Statement Period | $0.00 |
| Ending Balance | $4,439.44 | | |

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 26 of 38



# Exchange Bank

PO Box 3788, Santa Rosa, CA 95402-3788

YELLOW CAB COOPERATIVE INC
C/O EXCHANGE BANK DUP STMT
435 W NAPA ST
SONOMA CA 95476-6518

## Mobile Banking – anywhere, anytime...

- Easy login with touch ID
- View balance, transactions and statements
- Deposit your checks
- Pay other people using POPMoney

Download our app from the iTunes App store or Google Play

 

 

**EB Exchange Bank** Invested in you.

## STATEMENT SUMMARY

### ACCOUNT INFORMATION

| Type | Description | Account # | Balance |
|------|-------------|-----------|---------|
| Checking | Business Checking | ~~1140071~~1059 | $31,622.28 |

### ACCOUNT SUMMARY-Checking — 1140071059

| | | | |
|---|---|---|---|
| Beginning Balance as of | | 06-30-18 | $31,622.28 |
| 0 Deposit(s) | | | $0.00 |
| 0 Other Credit(s) | | | $0.00 |
| 0 Check(s) | | | $0.00 |
| 0 Other Debit(s) | | | $0.00 |
| Ending Balance | | 07-31-18 | $31,622.28 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06-30 | $31,622.28 | | | | |

REV 02-17

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 27 of 38

 **Exchange Bank**

PO Box 3788, Santa Rosa, CA 95402-3788

YELLOW CAB COOPERATIVE INC
C/O EXCHANGE BANK DUP STMT
435 W NAPA ST
SONOMA CA 95476-6518

## Mobile Banking – anywhere, anytime...

- Easy login with touch ID
- View balance, transactions and statements
- Deposit your checks
- Pay other people using POPMoney

*Download our app from the iTunes App store or Google Play*

 

  **Exchange Bank** *Invested in you.* FDIC

# STATEMENT SUMMARY

## ACCOUNT INFORMATION

| Type | Description | Account # | Balance |
|------|-------------|-----------|---------|
| Checking | Business Checking | 1497 | $0.00 |

## ACCOUNT SUMMARY-Checking      1140071497

| | | |
|---|---|---|
| Beginning Balance as of | 06-30-18 | $1,000.00 |
| 0 Deposit(s) | | $0.00 |
| 0 Other Credit(s) | | $0.00 |
| 0 Check(s) | | $0.00 |
| 1 Other Debit(s) | | $1,000.00 |
| Ending Balance | 07-31-18 | $0.00 |

## OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 07-24 | TRANSFER TO X2305 | $1,000.00 |

Case: 16-30063   Doc# 825-2   Filed: 10/31/18   Entered: 10/31/18 06:17:36   Page 28 of 38



**Exchange Bank**

PO Box 3788, Santa Rosa, CA 95402-3788

**DAILY BALANCE SUMMARY**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 06-30 | $1,000.00 | 07-24 | $0.00 | | |

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 29 of 38

 **Exchange Bank**

PO Box 3788, Santa Rosa, CA 95402-3788

YELLOW CAB COOPERATIVE INC
C/O EXCHANGE BANK DUP STMT
435 W NAPA ST
SONOMA CA 95476-6518

## Mobile Banking – anywhere, anytime...

- **Easy login with touch ID**
- **View balance, transactions and statements**
- **Deposit your checks**
- **Pay other people using POPMoney**

Download our app from the iTunes App store or Google Play

 

 Exchange Bank
Invested in you. 

## STATEMENT SUMMARY

### ACCOUNT INFORMATION

| Type | Description | Account # | Balance |
|------|-------------|-----------|---------|
| Checking | Business Money Market Investment | 072305 | $210,998.10 |

### ACCOUNT SUMMARY-Checking · 1140072305

| | | |
|---|---|---|
| Beginning Balance as of | 06-30-18 | $169,982.65 |
| 0 Deposit(s) | | $0.00 |
| 3 Other Credit(s) | | $41,030.45 |
| 0 Check(s) | | $0.00 |
| 1 Other Debit(s) | | $15.00 |
| Ending Balance | 07-31-18 | $210,998.10 |

### INTEREST SUMMARY

Interest Earned from 07-01-18 through 07-31-18

| | |
|---|---|
| Days in Statement Period | 31 |
| Interest Earned | $30.45 |
| Annual Percentage Yield Earned | 0.20% |
| Interest Paid This Year | $3,121.53 |
| Interest Withheld This Year | $0.00 |

3-44    rev 02-17

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 30 of 38



# Exchange Bank

PO Box 3788, Santa Rosa, CA 95402-3788

## OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 07-24 | TRANSFER FROM X1497 | $1,000.00 |
| 07-25 | WIRE IN YELLOW CAB COOPERATIVE | $40,000.00 |
| 07-31 | INTEREST PAYMENT | $30.45 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 07-25 | WIRE FEE | $15.00 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06-30 | $169,982.65 | 07-25 | $210,967.65 | | |
| 07-24 | $170,982.65 | 07-31 | $210,998.10 | | |

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 31 of 38



**Exchange Bank**

PO Box 3788, Santa Rosa, CA 95402-3788

YELLOW CAB COOPERATIVE INC
C/O EXCHANGE BANK DUP STMT
435 W NAPA ST
SONOMA CA 95476-6518

**Home Equity Line of Credit**
**6-month introductory**
**promotional rate**
September 10, 2018
through
October 20, 2018



**3.75% APR\***
6-month introductory rate, then:

**5.50% APR\***

\*For terms and conditions,
call 707.524.3000 or go to
exchangebank.com



**Exchange Bank**
Invested in you.

## STATEMENT SUMMARY

### ACCOUNT INFORMATION

| Type | Description | Account # | Balance |
|------|-------------|-----------|---------|
| Checking | Business Money Market Investment | ~~xxxx~~2305 | $529,485.73 |

### ACCOUNT SUMMARY Checking 1140072305

| | | |
|---|---|---|
| Beginning Balance as of | 07-31-18 | $210,998.10 |
| 0 Deposit(s) | | $0.00 |
| 2 Other Credit(s) | | $328,532.63 |
| 0 Check(s) | | $0.00 |
| 3 Other Debit(s) | | $10,045.00 |
| Ending Balance | 08-31-18 | $529,485.73 |

### INTEREST SUMMARY

Interest Earned from 08-01-18 through 08-31-18

| | |
|---|---|
| Days in Statement Period | 31 |
| Interest Earned | $48.13 |
| Annual Percentage Yield Earned | 0.25% |
| Interest Paid This Year | $3,169.66 |
| Interest Withheld This Year | $0.00 |

Case: 16-30063     Doc# 825-2     Filed: 10/31/18     Entered: 10/31/18 06:17:36     Page 32
of 38



**Exchange Bank**

PO Box 3788, Santa Rosa, CA 95402-3788

### OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 08-30 | WIRE IN BISHOP BARRY, A PROFES | $328,484.50 |
| 08-31 | INTEREST PAYMENT | $48.13 |

### OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 08-15 | WIRE FEE | $30.00 |
| 08-15 | WIRE OUT YELLOW CAB COOPERATIV | $10,000.00 |
| 08-30 | WIRE FEE | $15.00 |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07-31 | $210,998.10 | 08-30 | $529,437.60 | | |
| 08-15 | $200,968.10 | 08-31 | $529,485.73 | | |

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 33 of 38



# Exchange Bank

PO Box 3788, Santa Rosa, CA 95402-3788

YELLOW CAB COOPERATIVE INC
C/O EXCHANGE BANK DUP STMT
435 W NAPA ST
SONOMA CA 95476-6518

---

Home Equity Line of Credit
6-month introductory
promotional rate

September 10, 2018
through
October 20, 2018

## 3.75% APR*
6-month introductory rate, then:

## 5.50% APR*

*For terms and conditions,
call 707.524.3000 or go to
exchangebank.com




Exchange Bank
Invested in you.

---

# STATEMENT SUMMARY

## ACCOUNT INFORMATION

| Type | Description | Account # | Balance |
|------|-------------|-----------|---------|
| Checking | Business Checking | 1059 | $31,622.28 |

## ACCOUNT SUMMARY Checking · 1140071059

| | | | |
|---|---|---|---|
| Beginning Balance as of | | 07-31-18 | $31,622.28 |
| 0 Deposit(s) | | | $0.00 |
| 0 Other Credit(s) | | | $0.00 |
| 0 Check(s) | | | $0.00 |
| 0 Other Debit(s) | | | $0.00 |
| Ending Balance | | 08-31-18 | $31,622.28 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07-31 | $31,622.28 | | | | |

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 34
of 38

 **Exchange Bank**

PO Box 3788, Santa Rosa, CA 95402-3788


YELLOW CAB COOPERATIVE INC
C/O EXCHANGE BANK DUP STMT
435 W NAPA ST
SONOMA CA 95476-6518

 

Home Equity Line of Credit
6-month introductory
promotional rate

September 10, 2018
through
October 20, 2018

**3.75% APR***
6-month introductory rate, then:

**5.50% APR***

*For terms and conditions,
call 707.524.3000 or go to
exchangebank.com

**Exchange Bank**
Invested in you.

## STATEMENT SUMMARY

### ACCOUNT INFORMATION

| Type | Description | Account # | Balance |
|------|-------------|-----------|---------|
| Checking | Business Checking | ⬛⬛⬛1059 | $23,092.28 |

### ACCOUNT SUMMARY-Checking  1059

| | | |
|---|---|---|
| Beginning Balance as of | 08-31-18 | $31,622.28 |
| 1 Deposit(s) | | $7,500.00 |
| 0 Other Credit(s) | | $0.00 |
| 0 Check(s) | | $0.00 |
| 2 Other Debit(s) | | $16,030.00 |
| Ending Balance | 09-30-18 | $23,092.28 |

### DEPOSITS

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09-12 | $7,500.00 | | | | |

Page 1 of 2

3444    rev 02-17

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 35 of 38



**Exchange Bank**

PO Box 3788, Santa Rosa, CA 95402-3788

## OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 09-27 | WIRE FEE | $30.00 |
| 09-27 | WIRE OUT YELLOW CAB COOPERATIV | $16,000.00 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08-31 | $31,622.28 | 09-12 | $39,122.28 | 09-27 | $23,092.28 |

Case: 16-30063   Doc# 825-2   Filed: 10/31/18   Entered: 10/31/18 06:17:36   Page 36 of 38

 **Exchange Bank**

PO Box 3788, Santa Rosa, CA 95402-3788

YELLOW CAB COOPERATIVE INC
C/O EXCHANGE BANK DUP STMT
435 W NAPA ST
SONOMA CA 95476-6518

Home Equity Line of Credit
6-month introductory
promotional rate

September 10, 2018
through
October 20, 2018

# 3.75% APR*

6-month introductory rate, then:

# 5.50% APR*

*For terms and conditions,
call 707.524.3000 or go to
exchangebank.com

 **Exchange Bank**
Invested in you.

 FDIC
NMLS ID 643948

# STATEMENT SUMMARY

## ACCOUNT INFORMATION

| Type | Description | Account # | Balance |
|------|-------------|-----------|---------|
| Checking | Business Money Market Investment | ████2305 | $529,594.53 |

## ACCOUNT SUMMARY-Checking                                          2305

| | | |
|---|---|---|
| Beginning Balance as of | 08-31-18 | $529,485.73 |
| 0 Deposit(s) | | $0.00 |
| 1 Other Credit(s) | | $108.80 |
| 0 Check(s) | | $0.00 |
| 0 Other Debit(s) | | $0.00 |
| Ending Balance | 09-30-18 | $529,594.53 |

## INTEREST SUMMARY

**Interest Earned from 09-01-18 through 09-30-18**

| | |
|---|---|
| Days in Statement Period | 30 |
| Interest Earned | $108.80 |
| Annual Percentage Yield Earned | 0.25% |
| Interest Paid This Year | $3,278.46 |
| Interest Withheld This Year | $0.00 |

3444          rev 02-17

Case: 16-30063    Doc# 825-2    Filed: 10/31/18    Entered: 10/31/18 06:17:36    Page 37
of 38



**Exchange Bank**

PO Box 3788, Santa Rosa, CA 95402-3788

## OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 09-28 | INTEREST PAYMENT | $108.80 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08-31 | $529,485.73 | 09-28 | $529,594.53 | | |

Case: 16-30063   Doc# 825-2   Filed: 10/31/18   Entered: 10/31/18 06:17:36   Page 38 of 38