# Exhibit E



**Fw: Yellow Cab Bankrupcty Claimant**
Lorena Parada  to: Elizabeth Lucero                    03/28/2017 01:57 PM

From:  Lorena Parada/CANB/09/USCOURTS
To:    Elizabeth Lucero/CANB/09/USCOURTS@USCOURTS

Lorena Parada
Courtroom Deputy
to the Honorable Dennis Montali
United States Bankruptcy Court
Northern District of California, San Francisco Division
(415) 268-2323
----- Forwarded by Lorena Parada/CANB/09/USCOURTS on 03/28/2017 01:58 PM -----

From:    Octavius Real Estate <octaviusre@comcast.net>
To:      Lorena_Parada@canb.uscourts.gov
Date:    03/28/2017 02:20 AM
Subject: Yellow Cab Bankrupcty Claimant

Ms. Parada, Honorable Judge Montali or To Whom it may concern, I Octavius Nash, Medallion Holder #1254 paid Yellow Cab Cooperative $500/month for about 4 years approximately $27,500. I paid them this money with the promise of being able to buy 1 full share of Yellow Cab Cooperative Inc, after I accumulated $30,000 dollars. Due to Yellow Cab Cooperative`s Bankruptcy and/or other extenuating reasons, i was never able to purchase my full share of YCC. Also, I've been told by Michaela Cassidy the Trustee of YCC Bankruptcy and by Pam Martinez, Controller/President of YCC that I **WILL NOT** be able to get my $27,500, back. Well, it seems like to me that, I should be able to recieve my $27,500 back in it's entirety. 1st of all, I was paying YCC in good faith for an option to buy "1 share" of YCC. When I recently asked Pam Martinez if i could buy a full share, she said "no". I also, mentioned to Pam Martinez that the above $27,500 should have been kept in a seperate trust account. She said the above $27,500 had been kept in a seperate account and that the above monies are still available. If so, anything less than full refund of my $27,500 dollars should be "Theft by Conversion". Wouldn't you agree? If you can help me get my money back; It would be greatly appreciated. THANKS IN ADVANCE, for any assistance!!!! Also, please view attached supporting documents and pls call or email me if you have any questions, etc...

Sincerely,

Octavius Nash, Claimant
Cell# (916) 255-7056
6016 Laguna Park Dr
Elk Grove, CA  95758

  

Email: octaviusre@comcast.net    Octavius Nash Contract.pdf    show_temp.pdf