

MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: 415.512.8600
Facsimile: 415.512.8601
Email: randy.michelson@michelsonlawgroup

Signed and Filed: November 2, 2018

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Attorneys for Liquidating Trustee
Randy Sugarman

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>YELLOW CAB COOPERATIVE, INC.,<br><br>Debtor. | Case No. 16-30063 DM<br><br>Chapter 11<br><br>ORDER APPROVING STIPULATION FOR LIMITED RELIEF FROM STAY FOR ASFAW BEDADA<br><br>[No hearing required.] |

The Court, having considered the *Stipulation for Limited Relief From Stay for Asfaw Bedada* ("Stipulation") entered into by and between Randy Sugarman (the "Liquidating Trustee"), the court-appointed Liquidating Trustee of the bankruptcy estate of debtor Yellow Cab Cooperative, Inc. ("Yellow Cab") and Asfaw Bedada ("Bedada"), a personal injury claimant in an action against Yellow Cab and driver Ranjit Singh ("Singh") pending in Superior Court for San Francisco County as Case No. CGC-18-564257 (the "Superior Court Case") and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation between the Liquidating Trustee and Bedada is approved;

2. Bedada is permitted relief from the automatic stay imposed by Bankruptcy Code § 362(a) to continue to litigate the Superior Court Case to conclusion, whether such conclusion is settlement, arbitration award, or judgment, in order to liquidate the amount of his claim against Yellow Cab;

3. Bedada is further permitted relief from the automatic stay to recover any settlement as to Yellow Cab and Singh solely from Yellow Cab's insurer, Gateway Insurance Company dba Alano Insurance Company, or enforce any award or judgment against Yellow Cab solely to the extent of Yellow Cab's liability insurance coverage;

4. Bedada shall have no other claims against the Yellow Cab estate, and Claim No. 393 is expressly disallowed;

5. Nothing contained in this order shall be an admission or waiver of the substantive or procedural rights, remedies, claims or defenses of Yellow Cab, Singh or its insurer in the Superior Court Case; and

6. The fourteen (14) day stay period prescribe by Rules 4001(a)(3) is waived, pursuant to the agreement of the parties.

**END OF ORDER**

| | |
|---|---|
| 1 | COURT'S SERVICE LIST |
| 2 | Nikolaus Reed |
| 3 | Law Office of Nikolaus W. Reed<br>135 10th Street |
| 4 | San Francisco, CA  94103 |
| 5 | |
| 6 | Lucy K. Galek, Esq.<br>Heath & Yuen |
| 7 | 268 Bush St., #3006<br>San Francisco, CA  94104 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |