

MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: 415.512.8600
Facsimile: 415.512.8601
Email: randy.michelson@michelsonlawgroup

Attorneys for Liquidating Trustee
Randy Sugarman

Signed and Filed: November 2, 2018

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>YELLOW CAB COOPERATIVE, INC.,<br><br>Debtor. | Case No. 16-30063 DM<br><br>Chapter 11<br><br>ORDER APPROVING STIPULATION FOR LIMITED RELIEF FROM STAY FOR JAMMAL K. YOUNG<br><br>[No hearing required.] |

The Court, having considered the *Stipulation for Limited Relief From Stay for Jammal K. Young* ("Stipulation") entered into by and between Randy Sugarman (the "Liquidating Trustee"), the court-appointed Liquidating Trustee of the bankruptcy estate of debtor Yellow Cab Cooperative, Inc. ("Yellow Cab") and Jammal K. Young ("Young"), a personal injury claimant in an action against Yellow Cab pending in Superior Court for San Francisco County (the "Superior Court Case") and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation between the Liquidating Trustee and Young is approved;

2. Young is permitted relief from the automatic stay imposed by Bankruptcy Code § 362(a) to continue to litigate the Superior Court Case to conclusion, whether such conclusion is

settlement, arbitration award, or judgment, in order to liquidate the amount of his claim against Yellow Cab;

     3.    Young is further permitted relief from the automatic stay to recover any settlement with respect to Yellow Cab solely from Yellow Cab's insurer, or enforce any award or judgment against Yellow Cab solely to the extent of Yellow Cab's liability insurance coverage;

     4.    No claim resulting from Young's settlement of, or judgment in, the Superior Court Action shall be asserted or allowed against the bankruptcy estate;

     5.    Nothing contained in this order shall affect the substantive or procedural rights, remedies, claims or defenses available to Yellow Cab or its insurer in the Superior Court Case; and

     6.    The fourteen (14) day stay period prescribe by Rules 4001(a)(3) is waived, pursuant to the agreement of the parties.

**\*\*END OF ORDER\*\***

| | COURT'S SERVICE LIST |
|---|---|
| 1 | |
| 2 | |
| 3 | Jammal K. Young |
|   | c/o Nicole E. Parsons, Esq. |
| 4 | Berg Injury Lawyers |
|   | 2440 Santa Clara Ave. |
| 5 | Alameda, CA 94501 |
| 6 | Lucy K. Galek, Esq. |
| 7 | Heath & Yuen |
|   | 268 Bush St., #3006 |
| 8 | San Francisco, CA 94104 |