MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: 415.512.8600
Facsimile: 415.512.8601
Email: randy.michelson@michelsonlawgroup.com

Attorneys for Liquidating Trustee
Randy Sugarman

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 16-30063 DM |
| YELLOW CAB COOPERATIVE, INC., | Chapter 11 |
| Debtor. | **NOTICE OF HEARING ON LIQUIDATING TRUSTEE'S OBJECTION TO ADMINISTRATIVE EXPENSE CLAIM OF TRANSDEV SERVICES, INC. [CLAIM NO. 362]** |
| | Date: December 28, 2018<br>Time: 1:30 p.m.<br>Place: 450 Golden Gate Avenue<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that Randy Sugarman, the duly-appointed Liquidating

Trustee of the Yellow Cab Cooperative, Inc. Liquidating Trust, has filed his *Objection to*

*Administrative Expense Claim of Transdev Services, Inc. [Claim No. 362]* (the "Objection"),

seeking entry of an Order disallowing in its entirety the administrative expense claim of

Transdev Services, Inc. ("Transdev") as well as any alleged general unsecured claim of Transdev

on the grounds that: (1) Transdev fails to assert grounds for administrative expense priority; (2)

at best, Transdev's claim constitutes a pre-petition general unsecured claim, and Transdev failed

1 to file a proof of claim asserting any such claim by the bar date; and (3) the debtor has no

2 liability for the claim alleged by Transdev in any event.

3      **PLEASE TAKE FURTHER NOTICE** that the Objection is based upon the Objection,

4 the Declaration of Randy Sugarman in support of the Objection, all other pleadings and papers

5 on file in this matter, and any other documents properly before the Court.

6      **PLEASE TAKE FURTHER NOTICE** that a hearing on the Objection will take place

7 on December 28, 2018 at 1:30 p.m. (the "Hearing Date") before the Honorable Dennis Montali

8 in Courtroom 17 of the U.S. Bankruptcy Court for the Northern District of California, San

9 Francisco Division, which is located at 450 Golden Gate Avenue, 16th Floor, San Francisco,

10 California 94102.

11      **PLEASE TAKE FURTHER NOTICE** that Bankruptcy Local Rules 3007-1 and 9014-1

12 of the United States Bankruptcy Court for the Northern District of California prescribe the

13 procedures to be followed. Any opposition to the Objection shall be filed with the Court and

14 served upon undersigned counsel at least fourteen (14) days before the Hearing Date. Where a

15 factual dispute is involved, the initial hearing on the Objection shall be deemed a status

16 conference at which the Court will not receive evidence. Where the Objection involves only a

17 matter of law, the matter may be argued at the initial hearing.

18   Dated: November 28, 2018           MICHELSON LAW GROUP

19

20                           By:_____*/ s / Randy Michelson*_____

21                                 Randy Michelson
                         Attorneys for Liquidating Trustee

22                                 Randy Sugarman

23

24

25

26

27

28

Case: 16-30063   Doc# 889   Filed: 11/28/18   Entered: 11/28/18 16:10:04   Page 2 of 2