JOHN P. STROUSS, III (SBN 221723)
**LAW OFFICES OF JOHN P. STROUSS, III**
819 Eddy Street
San Francisco, CA 94109
Tel: (415) 771-6174
Fax: (415) 236-6102
Email: john@johnstrousslaw.com

Attorneys for ANTHONY PETRILLO

UNITED STATES BANKRUPTCY COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | CASE NO.16-30063 |
| YELLOW CAB COOPERATIVE, INC., | Chapter 11 |
| Debtor | **NOTICE OF WITHDRAWAL OF CLAIM NO. 395** |

    Claimant ANTHONY PETRILLO hereby withdraws his claim in this matter (Claim Number 395).

THE LAW OFFICES OF JOHN P. STROUSS, III

Dated 11/30/18      By: /s/ John P. Strouss, III
JOHN P. STROUSS, III
Attorney for Claimant ANTHONY PETRILLO

1
**NOTICE OF WITHDRAWAL OF CLAIM**

Case: 16-30063   Doc# 894   Filed: 11/30/18   Entered: 11/30/18 14:20:43   Page 1 of 1