```
1  Earl Moore
   88 Ignacio Avenue
2  San Francisco, CA 94124
   (415) 467-0787
3
   In Pro per
4
```



**FILED**

NOV 3 0 2018

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| EARL MOORE, | Case No.: 16-30063 DM |
|---|---|
| Petitioner/Claimant, | |
| vs. | |
| YELLOW CAB COOPERATIVE INC., | **PROOF OF SERVICE** |
| Debtor/Respondent | |

I the undersigned, declare that I reside in the City of San Francisco, County of San Francisco, California. I am over the age of 18 and am not a party to this action.

On November 30, 2018, the Opposition the Trustees Objection to Claim via US Mail and Electronic Service to the following:

U.S. Trustee
1301 Clay Street
Oakland, CA 94612-5202

Michelson Law Group
Randy Michelson
220 Montgomery Street, Suite 2100
San Francisco, CA 94104

Dated this 30th day of November 2018

_Mel Justice_

OPPOSITION TO OBJECTION TO CLAIMS BY OWNERS; REQUEST FOR ADDITIONAL TIME TO AMEND CLAIMS AND SUBMIT BRIEF SUPPORTING OPPOSITION TO TRUSTEE'S OBJECTION - 1