

MICHELSON LAW GROUP
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone: 415.512.8600
Facsimile: 415.512.8601
Email:     randy.michelson@michelsonlawgr

Signed and Filed: January 28, 2019

Attorneys for Liquidating Trustee
Randy Sugarman

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re

YELLOW CAB COOPERATIVE, INC.,

Debtor.

Case No. 16-30063 DM

Chapter 11

**ORDER SUSTAINING IN PART AND
DENYING IN PART LIQUIDATING
TRUSTEE'S OBJECTION TO CLAIM
BY AUTOMOTIVE INDUSTRIES
HEALTH & WELFARE TRUST FUND
AND AUTOMOTIVE INDUSTRIES
PENSION FUND (CLAIM NO. 290)**

The Liquidating Trustee's objection (the "Objection") to the claim of Automotive

Industries Health & Welfare Trust Fund and Automotive Industries Pension Fund (together,

"Claimants") came on for hearing on January 18, 2019. Tino X. Do appeared on behalf the

Claimants. Randy Michelson appeared on behalf of the Liquidating Trustee. The Liquidating

Trustee, Randy Sugarman, was present.

For the reasons stated on the record:

1.      Except as is set forth in in Paragraph 2, below, the Objection is sustained and

        Claimants' alleged claim and administrative expense are disallowed; and

1          2.       The Objection is denied with respect to the sum of $40,930.15, which is allowed

2                   as an administrative expense.

3    IT IS SO ORDERED.

4

5    Approved as to form:

6

7    SALTZMAN & JOHNSON LAW CORPORATION

8

9    By: _____

10          Tino X. Do
            Attorneys for Automotive Industries
11          Health & Welfare Trust Fund and
            Automotive Industries Pension Fund

12

13                        * * * END OF ORDER * * *

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
        ORDER SUSTAINING IN PART AND DENYING IN PART LIQUIDATING TRUSTEE'S OBJECTION TO CLAIM BY
        AUTOMOTIVE INDUSTRIES HEALTH & WELFARE TRUST FUND AND AUTOMOTIVE INDUSTRIES PENSION
        FUND (CLAIM NO. 290)
                                                    2

1    COURT SERVICE LIST
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER SUSTAINING LIQUIDATING TRUSTEE'S OBJECTION TO CLAIM BY OCTAVIUS NASH
(CLAIM NO. 286)
3